FORM 1983

ORIGINAL

FORM TO USED BY PRISONERS IN FILING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT ,42 U.S.C. 1983

① 6/29

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYVANIA

Mark J DeRosa

1:CV-01-~~1198~~ 1181

(ENTER ABOVE THE FULL NAME OF THE
PLAINTIFF OR PLAINTIFF IN THIS ACTION)

vs.

① Sharron Amico - H.M.DPT. R/N.
② Kevin Warmen - R/N.

FILED
HARRISBURG
JUN 2 8 2001
MARY E. D'ANDREA, CLERK
Per_____/_____ DEPUTY CLERK

(ENTER ABOVE THE FULL NAME OF THE
DEFEDANT OR DEFENDENTS IN THIS ACTION)

I. PREVIOUS LAWSUITS

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT
DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR
OTHERWISE RELATING TO YOUR IMPRISONMENT
                                          YES _____ NO ___X___

.B. IF YOUR ANWSER IS YES ,DESCRIBE EACH LAWSUIT IN
THE SPACE BELOW (IF THERE IS MORE THAN ONE LAWSUIT,DESCRIBE YHE ADDITINAL
ON ANOTHER PICE OF PAPER,USING THE ABOVE OUTLINE



1. PARTIES TO THIS PREVIOUS LAWSUIT
   PLAINTIFF _____
   DEFENDANT _____
   ~~_____~~

2. COURT (IF FEDERAL COURT NAME THE DISTRICT, IF STATE COURT, NAME THE COUNTY)
   _____

3. DOCKET NO. NUMBER _____

4. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED _____

5. DISPOITION (FOR EXAMPLE WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT PENDING _____

6. APPROXIMATE DATE OF FILLING LAWSUIT _____

7. APPROXIMATE DATE OF DISPOSITION _____

II PLACE OF PRESENT CONFINEMMENT _____

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION  YES __X__  NO _____

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THE STATE GRIEVANCE PROCEDURE? YES __X__  OR NO _____

C. IF YOUR ANSWER IS YES
   1. WHAT STEPS DID YOU TAKE  Criminal Complaint Forms Filed
   2. WHAT WAS THE RESULTS? "NONE"

b.  IF YOUR ANSWER IS NO, EXPLAIN WHY NOT _____

III. PARTIES.  (IN ITEMS A. BELOW, PLACE YOUR NAME IN THE FRIST BLANK & PLACE YOUR PRESENT ADRESS IN THE SECOND BLAND DO THE SAME FOR ADDITIONAL PLAINTIFFS IF ANY

a. NAME OF PLAINTIFF __Mark J DeRosa__

ADRESS __99 Water ST W-B PA 18702__

(IN ITEM B BELOW, PLACE THE FULL NAME OF THE DEFENDANT IN THE FRIST BLANK HIS OFFICAL POSITION THE SECOND BLANK&HIS PLACE OF EMPLOYMENT IN THE THIRD BLANK USED ITEM C FOR THE NAMES OF ADDITIONAL DEFENDANTS

B. DEFENDANT __Sharron Amico H.M. DPT. R/N__ IS EMPLOYED AS __R/N Head Nurse__ AT

C. ADDITIONAL DEFENDANTS __Kevin Warmen - R/N__

IV STATMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE DESCROBE HOW EACH DEFENDANT IS INVOLVED INCLUDE ALSO THE NAMES OF OTHER PERSONS INVOLVED DATES PLASCES DO NOT GIVE ANY INTENT TO ALLEGE A NUMBER OF RELATED CLAIMS, NUMBER SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH USE AS MUCH SPACE AS YOU NEED ATTACH EXTRA SHEET IF NECESSARY

On Monday - May-8th 5:00 PM While in 4 Pain down on 2-B mental block. Sharron Amico H.M. DPT. R/N gave the order for Kevin Warmen - R/N the ok to stick me in my arm with some kind of drug they both ref. to tell me what it was it was burning real bad going in my arm. 2 seconds after they left I was having a relijuck reaction to the drug my thro. were closeing and my eyes were blowing. They refu. to take action about this they thought it was a joke I could of died.

(4)

they noever ask if I was aligicked to what ever drug it was. they refused to tell me what the drug was befor they stuck me with it.

V. RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU
Requesting OFFiCAiL repremand And punitive Dammeges
MAKE NO LEGAL ARGUMENTS CITE NO CASES OR STATES