HARRISBURG, PA 17108

7/9/01

1:CV-01-1181

# RETURN TO SENDER

**RETURN TO SENDER**
**ADDRESSEE UNKNOWN**
RETURNED TO SENDER

Discharged

**FILED**
**HARRISBURG**

JUL 0 6 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK