01-1181

IN THE UNITED S[TATES ...]
FOR THE MIDDLE D[ISTRICT ...]

IN RE:   DeRosa v. Amico, et al.

Inmate:   Mark J. DeRosa

ID Number:

### ADMINISTRATIVE O[RDER]

The civil rights complaint filed by th[e ...]

without a filing fee or the forms required to [...]

proceed unless the plaintiff, within thirty (30 [...]

(1)   tenders to the "Clerk, U.S. Di[strict ...]

of $150.00; or

(2)   files a properly completed ap[plication ...]

and an authorization form. A[...]

proceed in forma pauperis a[nd ...]

Failure to comply with the terms of t[his ...]
to be dismissed without prejudice.

by: _____
Deputy Clerk

DATE: July 6, 2001

[Envelope markings: OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF PENNSYLVANIA, WILLIAM J. NEALON FEDERAL BLDG & U.S. COURTHOUSE, 235 NORTH WASHINGTON AVENUE, P.O. BOX 1148, SCRANTON, PA 18501-1148, OFFICIAL BUSINESS. Return address: [...]rectional Facility, [...]eet, [...]arre, PA 18702. Stamps: "RETURN TO SENDER", "Not Here", "RECEIVED SCRANTON JUL 12 2001 PER ___ DEPUTY CLERK"]