See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK J. DEROSA,
    Plaintiff             :

                           :

vs.                           :    CIVIL ACTION NO. 1:CV-01-1181

SHARRON AMICO, et al.,
    Defendants         :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    On June 28, 2001, the pro se plaintiff filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u>. By Administrative Order, dated July 6, 2001, the plaintiff was informed that this case would be dismissed without prejudice unless, within thirty days, the plaintiff either paid the statutory filing fee of $150.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and authorization form. Notwithstanding this admonition, thirty days have elapsed and the plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

Certified from the record
Date 8/28/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

AO 72A
(Rev.8/82)

Accordingly, this 28th day of August, 2001, it is ordered that this action is dismissed without prejudice, and the Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 28, 2001

Re: 1:01-cv-01181    DeRosa v. Amico

True and correct copies of the attached were mailed by the clerk to the following:

Mark J. DeRosa
259 Laurel Street
Archbald, PA  18403

```
cc:
Judge                         (✓)        (✓) Pro Se Law Clerk
Magistrate Judge              ( )        ( ) INS
U.S. Marshal                  ( )        ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 (✓)
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____         ( )
```

MARY E. D'ANDREA, Clerk

DATE: 8/28/01                        BY: _____
                                         Deputy Clerk